

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-24-00179-CR

**IN RE** Ruben Chavez **CORTEZ**, Relator

Original Proceeding[1]

PER CURIAM

Sitting:      Rebeca C. Martinez, Chief Justice
                Irene Rios, Justice
                Adrian A. Spears II, Justice

Delivered and Filed: March 12, 2025

DENIED

Relator, Ruben Chavez Cortez, has filed a petition for writ of mandamus. After considering the petition and the record, the court concludes Cortez is not entitled to the relief sought. Accordingly, we deny the petition for writ of mandamus.

PER CURIAM

DO NOT PUBLISH

---

[1]This proceeding arises out of Cause No. 14706CR, styled *The State of Texas v. Ruben Chavez Cortez*, pending in the County Court, Kinney County, Texas, the Honorable Natalie C. Fleming presiding.